IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| Julio Carrion Figueroa, | ) | |
| --- | --- | --- |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Civil Action No.: 4:08-3968-TLW-TER |
| | ) | |
| Warden FNU Owens, FCI-Williamsburg | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

# ORDER

On December 12, 2008, the petitioner, Julio Carrion Figueroa, ("petitioner") proceeding *pro se*, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. §2241. (Doc. #1). The case was referred to Magistrate Judge Thomas E. Rogers, III pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73.02 (B)(2)(c), DSC.

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by the Magistrate Judge to whom this case had previously been assigned. (Doc. #21). On October 20, 2009 the Magistrate Judge issued the Report. In the Report, the Magistrate Judge recommends that "the petition be deemed Moot in that petitioner has received the relief sought in his petition with respect to the computation of his sentence." (Doc. #21). The petitioner filed no objections to the report. Objections were due on November 6, 2009.

This Court is charged with conducting a <u>de novo</u> review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. §

1

636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, this court **ACCEPTS** the Magistrate Judge's Report and Recommendation. Therefore, it is hereby **ORDERED** that this petition be deemed **MOOT** in that petitioner has received the relief sought in his petition**.** (Doc. #21).

    **IT IS SO ORDERED**.

                                             s/Terry L. Wooten
                                     United States District Judge

December 16, 2009
Florence, South Carolina